1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHERINE R. LOO
4  Special Assistant United States Attorney
   California State Bar 162029
5      333 Market Street, Suite 1500
       San Francisco, California  94105
6      Tel:  (415) 977-8927
       Fax:  (415) 744-0134
7      Email:  Katherine.Loo@ssa.gov

8  Attorneys for Defendant,
   Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| DIANE L. McNEILL,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. EDCV-08-1062-PLA<br><br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

///

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2  above-captioned action is remanded to the Commissioner of Social
3  Security for further proceedings consistent with the Stipulation for Remand.
4
5  DATED: 3/10/09
6
7  _____
8  UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15  Presented by:
16  THOMAS P. O'BRIEN
    United States Attorney
17  LEON W. WEIDMAN
    Assistant United States Attorney
18  Chief, Civil Division
19
20   */s/ - Katherine R. Loo*
    KATHERINE R. LOO
21  Special Assistant United States Attorney
22
23  Attorneys for Defendant
24
25
26
27
28

-2-