1  WILLIAM M. KUNTZ   # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                    EASTERN DIVISION

10

11 DIANE L. McNEILL,              )    No.  EDCV 08-01062 PLA
                                  )
12              Plaintiff,        )    ORDER AWARDING
                                  )    EAJA FEES
13       v.                       )
                                  )
14 MICHAEL J. ASTRUE,             )
   Commissioner of Social Security,)
15                                )
                Defendant.        )
16 _____  )

17

18      Based upon the parties' Stipulation for Award and Payment of Equal Access

19 to Justice Act (EAJA) Fees ("Stipulation"),

20      **IT IS ORDERED** that Plaintiff's counsel, as Plaintiff's assignee, shall be

21 awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the

22 amount of TWO THOUSAND ONE HUNDRED TWENTY-NINE DOLLARS

23 and no/cents ($2,129.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the

24 terms and conditions of the Stipulation.

25      DATED:    4/14/09

26

27                                   _____/s/ - Paul L. Abrams_____
                                     UNITED STATES MAGISTRATE JUDGE
28

                                    1